UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| ROBERT DESADOW AND MARIA DESADOW,<br><br>    Plaintiffs,<br><br>v.<br><br>WRD MARCUS AVENUE A LLC, UNISYS CORPORATION, LORAL SPACE & COMMUNICATIONS, INC., LOCKHEED MARTIN, MARCUS AVENUE UNIT ONE NOMINEE, LLC, 1111 MARCUS AVENUE CONDOMINIUM AND I. PARK LAKE SUCCESS LLC,<br><br>    Defendants. | **RULE 7.1 STATEMENT**<br><br>Civil Action No. 2:25-cv-04856-AYS |

Pursuant to Federal Rule of Civil Procedure 7.1, Defendant Lockheed Martin Corporation, named incorrectly in this action as Lockheed Martin, by and through its undersigned counsel, states as follows:

Lockheed Martin Corporation discloses that it has no parent corporation and was formed in March 1995 by the merger of Lockheed Martin Corporation and Martin Marietta Corporation. State Street Corporation and its subsidiaries own approximately 15% of Lockheed Martin Corporation's stock. No other publicly held corporation owns more than 10% of Lockheed Martin Corporation's stock.

Dated: September 9, 2025

BOND, SCHOENECK & KING, PLLC

By: *Brendan Sheehan*
   Louis Orbach
   Brendan M. Sheehan
   *Attorneys for Lockheed Martin Corporation*
   Office and P.O. Address:
   One Lincoln Center
   Syracuse, New York 13202-1355
   Telephone: (315) 218-8000
   Email: lorbach@bsk.com
          bsheehan@bsk.com

22251658